UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-2233**

United States v. Ortiz
(D.V.I. No. 3:22-cr-00020-001)

**ORDER**

      The notice of appeal suggests the defendant is appealing an interlocutory order denying a motion that the district judge construed as seeking substitute counsel. This Court may not have jurisdiction over such an appeal. See United States v. Valdez, 663 F.3d 1056, 1058–59 (9th Cir. 2011); United States v. Culbertson, 598 F.3d 40, 49 (2d Cir. 2010); United States v. Johnson, 525 F.3d 648, 649 (8th Cir. 2008); cf. United States v. Bellille, 962 F.3d 731, 735-38 (3d Cir. 2020) (jurisdiction over *counsel's* appeal from order denying *withdrawal*); see generally Flanagan v. United States, 465 U.S. 259, 263 (1984). All parties must file written responses addressing this issue within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 12, 2024
Lmr/cc: All Counsel of Record