**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**TYRONE ORTIZ,**<br><br>Defendant. | Case No. 3:22-CR-20 |

## NOTICE REGARDING STATUS OF APPEAL

The United States of America, by and through Delia L. Smith, United States Attorney for the District of the Virgin Islands, and the undersigned Assistant United States Attorney, files this notice regarding the status of Defendant Tyrone Ortiz's appeal.

On July 3, 2024, the defendant appealed the Court's denial of his appeal of the Magistrate Judge's decision on his motion for new counsel. ECF No. 119. The Third Circuit has docketed that appeal. It subsequently ordered the parties to file briefs addressing whether it has jurisdiction over the appeal. The parties filed responses to that order on August 23, 2024. The Third Circuit has not yet resolved the jurisdictional issue, and no briefing schedule on the merits has been issued.

Respectfully submitted,

DELIA L. SMITH
UNITED STATES ATTORNEY

Dated: March 20, 2025       By:   *s/ Adam Sleeper*
                                  First Assistant United States Attorney
                                  United States Attorney's Office
                                  District of the Virgin Islands
                                  5500 Veterans Drive, Suite 260
                                  St. Thomas, Virgin Islands 00802
                                  Office: (340) 774-5757
                                  Adam.Sleeper@usdoj.gov